

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00463-CV

**IN THE INTEREST OF M.M.**, J.M.M., and L.A.M., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00974
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. No costs of appeal are assessed due to appellant's indigence.

SIGNED April 13, 2022.

_____
Liza A. Rodriguez, Justice